Thomas Clarke v. Eighth Avenue Railroad Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Pioneer Dime Bank of Carbondale, Pa., v. William H. Barnard.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Owen S. M. Tierney, as Trustee, etc., v. J. C. Dowd & Co., Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Elma K. Singer v. National Gum and Mica Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

First National Bank of Ann Arbor v. John Farson and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Nelle Hamill v. John D. Hamill.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Carbondale Oil Co., Inc., v. Carnegie Refining Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. Philip Benkard and Another v. Elias Mouakad.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Antonio Mollino v. Ogden & Clarkson Corporation, Impleaded, etc.— Motion granted so far as to stay the trial of this action pending the determination of appeal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Rose Tritschler v. Stephen Tritschler.— Motion granted so far as to stay proceedings pending appeal, and in all other respects denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Marie A. Ringler, Individually, and Others, v. Christian E. Jetter and Others, Individually and as Officers and Directors of George Ringler & Company and Another.— Motion granted and defendants' time to answer extended until ten days after service of order upon determination of appeal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Alexander A. Forman, Jr., v. Ida Berenson and Others.— Motion granted and appellant's time to file record on appeal extended to and including the 1st day of February, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Gertrude D. Hawes, Deceased.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Springfield Safe Deposit and Trust Company, as Executor, etc., v. Benjamin Winter.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Jacob A. Cohen v. Ephraim Siff.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Louis Arkin, as Executor, etc., v. Jacob Holtzberg and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.